WB

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Nelson, Charles

*(In the space above enter the full name(s) of the plaintiff(s).)*

17 5770

- against -

Wells Fargo Bank. N.A
Phelan Hallinan Diamond & Jones LLP
Matthew G Brushwood Esquire

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | Nelson, Charles |
| Street Address | 823 65th Avenue |
| County, City | Philadelphia. |
| State & Zip Code | Pennsylvania, 19126 |
| Telephone Number | 267-567-9731 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Wells FarGo, Bank . N.A
Street Address 10790 Rancho
County, City SAN DieGo
State & Zip Code CA, 92127

Defendant No. 2
Name Phelan Hallinan Diamond & Jones LLP
Street Address 1617 JFK Boulevard, Suite 1400
County, City PHiladelphia, PA, 19103
State & Zip Code Pennsylvania, 19103

Defendant No. 3
Name MaTThew G Brushwood, Esquire
Street Address 1617 JFK Boulevard, Suite 1400
County, City PHiladelphia
State & Zip Code Pennsylvania, 19103

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? In Breach of the Peace and Dignity of the United STaTes and its STaTe (PA/NJ), The STaTe ConstiTuTion, under PA, Article 1, section 11

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship ______

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Philadelphia, Pennsylvania

B. What date and approximate time did the events giving rise to your claim(s) occur? Aug, 29, 2014 Also July, 26, 2011

What happened to you?

C. Facts: See exhibit and case number, Case ID 110702548

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Wherefore Honorable court / Judge ; whatever the Honorable court Dem proper

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of Demcemben, 2017.

Signature of Plaintiff Nelsow, Charles

Mailing Address 823 65th Avenue
PHiladelphia, PA, 19126

Telephone Number 267-567-9731

Fax Number *(if you have one)* __________

E-mail Address Nelsowcharles1950@G Mail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ____________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ______________________________

Inmate Number ______________________________

December 21, 2017

# N O T I C E OF C R I M E (s)

Posted on the 21 day of December, 2017 ,in the Year of Almighty-God, of our Fathers under the Treaty of Peace, Friendship, Commerce and Free Trade, by and between our fathers (Muur-Moors- Americans). NOTICE OF CRIME (S):

**POSTED FOR GRAND JURY INVESTIGATION FOR INDICTMENT OF PUBLIC ACTOR, OFFICIALS, HIRED PERSONS ACTING AS ATTORNEY(S) OFFICERS AND OR PUBLIC SERVANTS IN DIRECT VIOLATIONS OF FEDERAL, STATE LAW(S) AND THE RIGHTS OF PLAINTIFF(S), SECURED PARTIE (S) , AGGRIEVED PARTIES, AND AS CITED IN U.S. C. A., SECTION 241, 242 "DEPRIVATION OF RIGHTS UNDER COLOR OF LAW , COLOR OF OFFICE OR UNDER SUPPOSED AUTHORITY AND OR CONSPRIRACY BY TWO OR MORE, TO DEPRIVE CITIZENS OR PLAINTIFF(S) OF PROTECTED RIGHTS!**

ALSO SEE: Pennsylvania's ARTICLE I, SECTION 3, "Religious Liberty/ Immunity" AND Pa. ARTICLE I, SECTION 11; "SUITS.... EVERY MAN'S INJURY REMEDY... Every man for an injury done him in his land, goods, person or reputation, shall have remedy (compensation) administered by the Court (supreme court) said to be (GUARANTEED)... WITHOUT SALE, WITHOUT DENIAL OR DELAY! Incorporated and made a part and parcel for insurer's liability and for Grand Jury Indictments.

On or about the date(s) of Aug / 29 / 2014 ., (AB INITIO), THE PLAINTIFF(S) WHILE TRAVELING FREE MAN, AND UNDER TREATY (SUPREME LAW OF LAND) AND UNDER PROTECTION OF THE UNITED STATES/UNITED STATES OF AMERICA DID POST NOTICE OF THEIR STATUS: FREE MUUR-MOOR-AMERICAN NATIONAL, HEIRS OF MOOR(S) SEE: RESOLUTION 75. AND UNITED NATIONS DECLARATION OF RIGHTS, HUMAN INDIGENOUS RIGHTS AND HAVING NOT INJURED ANYONE OR THE LAND, GOODS, PERSON OR REPUTATION OF ANYONE. PLAINTIFF(S) WAS UNLAWFULLY STOPPED, SEARCHED AND SEIZED WITHOUT JUST CAUSE, OR HAVING CONSENTED TO BEING ARRESTED AND DENIED REMEDY AND RIGHT TO FILE COMPLAINT FOR GRAND JURY INVESTIGATION/BILL OF INDICTMENT(S).

POSTED/NOTICE... continued ( See: Attached Criminal Complaint s )

2. now being injured and having suffered an injury and questions of crimes?

Whether the stop, arrest causing injury to another's person or property) leading to a false arrest, search and seizure and injury to man (moor-american) and his heirs and their heirs while traveling free and under Treaty protection, was injured (mentally, physically and emotionally) causing injury to man and his free person (s), all done by Public Servants, or officers acting under color of law, color of office, supposed duty, custom or job, all done to hinder, cause injury and fear and intimidation to the plaintiff(s), their heirs and their heirs, done in violation of laws of Federal and State Criminal laws and the rights of plaintiffs.

Incorporated and made part and parcel with 1, 2, for Grand Jury Investigation, leading in prayer for Grand Jury Bill of Indictment, arrest of all conspirator(s) and other parties (known or unknown) who took part in conspiracy to deprive the plaintiffs and their heirs and their heirs of basic rights and protected rights and liberties (freedom under Almighty-God, owner of land, betterments (equity) and "everyone and everything" as witness in the "Preamble" to the Constitution of "We the People" for our heirs and their heirs forever under Almighty-God.

This Notice shall be posted for "All the Public" and Free man and his heirs to see, read and give consideration for private complaint right, to join in filing their complaint and testimony before the Statewide Grand Jury for an Indictment against : Public Servants, Crooked Judicial Employees acting under color of law, office or supposed authority and for failure to report self, employees, attorneys and other employees who did violate state, federal crimes and rights of plaintiff and attorneys who did act for Bank or other to collect a paid debt or note and who knew or should have known that the act was a crime to deprive plaintiffs and their heirs and multiple heirs of rights under color of law, office or custom ?

Wherefore, the plaintiff (s) being injured man and his heirs do file criminal complaint (s) for Grand Jury Hearing(s) and for Bill of Indictment (s) and Remedy and such other compensation and return of their land, house and equity value and any other State Remedy for "Every man's injury" Pa. Article I, section 11...

2. **Title 18 U.S.C. A, Section 241 and 242 Warrants Investigation and arrests?**

**Whether the stop, arrest causing injury to another's person or property) leading to a false arrest, search and seizure and injury to man (moor-american) and his heirs and their heirs while traveling free and under Treaty protection, was cause of injury (mentally, physically and emotionally) causing injury to man and his free person (s), all done by Public Servants, or officers acting under color of law, color of office, supposed duty, custom or job, all done to hinder, cause injury and fear and intimidation to the plaintiff(s), their heirs and their heirs, done in violation of laws of Federal and State Criminal laws and the rights of plaintiffs.**

**Incorporated and made part and parcel with 1, 2, for Grand Jury Investigation:**

**The Crime committed was: 1,** Plaintiff come to court with unclean hands, Violation of Truth in lending
**2,** Violation of PA. Consumer Fraud and Unfair Trade Practices Act.
**3,** Violation of PA. Fair Debt Collection Practices Act.

**Wherefore, the plaintiff (s) being criminally injured and by right do file criminal complaint (s) for Grand Jury Hearing(s) and for Bill of Indictment (s) and Remedy and such daily compensation and return of their land, house and equity value, and any other State Remedy for "Every man's injury" (Pa. Article I, section 11). The Crime was against the "peace, dignity and plaintiffs' right/Grand Jury Bills"**

**POSTED FOR SERVICE UPON:**

1. **President (under Constitution authority) for execution of laws (Treaty) C/O: Attorney General's Office. Washington D.C., [ ]**
2. **Justice(s) and Judge of District Court, (for Grand Jury & Indictments) United States Court, for the District (**Eastern**) District of** Pennsylvania**)**
   **C/o:** Louis D. Lappen **(For Clerk Service upon U.S. Attorney)**
3. **TO WHOM IT MAY CONCERN! FOR POSTING AT COURTHOUSE/City Hall!**
4. **TO THE PUBLIC AND All (MUUR-MOOR-AMERICAN) NATIONALs & HEIRs!**
5. **SEE: ATTACHED COMPLAINT(S), GRAND JURY EVIDENCE/INDICTMENTS!**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
1. Wells FarGo Bank, N. A, and
2. Phelan Hallinan Diamond & Jones LLP and
3. Matthew G Brushwood, Esq uire, and
4. "UNKNOWN CRIMINAL CONSPIRERS" ET AL.

*Defendant(s)*

Case No.
GRAND JURY/EVIDENCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of "ABINITIO" AND ON GOING... in the county of Philadelphia, Pa., U.S.A., in the Eastern District of Pennsylvania, USA., , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Sec. 1951, et seq. | (Hobbs Act and Unlawful Taking to Facilitate Bribery or Accepting Bribes) |
| 18 U.S.C. Sec. 1343 & 1346 | (Honest Services Fraud and Wire Fraud) |
| 18 U.S.C. Sec. 1343, et seq. | (Wire Fraud and Conspiracy to coverup crimes) |
| 18 U.S.C. Sec. 1341, et seq. | (Mail Fraud and Conspiracy to coverup crimes) |
| 18 Section(s) 241, and 242 | (Deprivation of Rights of Citizens under Color of law and Conspiracy by two or more to deprive citizen(s) and plaintiff(s) of protected Rights, et seq. |

This criminal complaint is based on these facts:

At all times related to the evidence, emails and material to this complaint leading to an indictment and conviction:
1. The named and "Unnamed" Defendants devised and intended to devise a scheme to steal, unlawfully take land and title property of the plaintiff(s) and to defraud by "Attorney Trick" and to defraud the plaintiffs, citizens and the City of Philadelphia and the United States, United States and to obtain money and property by means of criminal activities...

☑ Continued on the attached sheet.

(s) Nelson Charles, a free citizen & tax payer.
*Complainant's signature*

Nelson, Charles ,"Free man & victim of Crime"
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____________________

*Judge's signature*

City and state: Near: Philadelphia, Eastern Dist. Pennsyl..

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
Attorney(s) for Bank of America, N.A., and its Attorneys, Agents, Officers, & Employees, et al.

JOHN DOE (1-40) "KNOWN AND UNKNOWN" Persons refusing to notify Grand Jury of Crimes...

*Defendant(s)*

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Ab Initio: and on going! in the county of Philadelphia, Comm., U.S.A, in the Eastern District of Pennsylvania/Comm. Pa., the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| U.S. Title 18 Section(s) 241, 242, United States Crime(s) Code and Pennsylvania 18 Pa. C.S.A. et seq.<br><br>Title 18 Sec.<br><br>Pa. Crime Code:<br>Pa. Insurance Statute: | In Breach of the Peace and Dignity of the United States and its State (Pa./N.J) Pennsylvania Fraudulent Business Practices Act and Failure to Report Crimes; 1. Defendants are chaged with intentional Criminal Acts by an Attorney that resimble fraud and conspiracy with other known and unknown persons, agents and City of Philadelphia "Public Servants" acting under "Color of Office, duty or Color of law in direct injury to Citizens an Free man of United States Nationals and their heirs who inherit (own) or are good faith (3rd party) purchsers of land. All done in violation of the laws of the plaintiffs' state and Rights of Citizens. |

This criminal complaint is based on these facts:

1. On or thereafter the filing of a Class Action Suit by the United States of America, et al., against (vs.) Bank (s) Bank of America, N.A., and about 39 other Banks, its agents, officer and attorneys who filed the fraudulent papers (Fraudulent and Deceptive Business Practice Act of the plaintiff's State, and rights protected by crime code, private remedy guaranteed by State Constitution, under Pa. Article I, section 11; "Everyman" Injury Remedy" Incorporated. All Acts by the Defendant(s), acting as Attorneys "Public Servants" were done against the Peace & Dignity of State"

☑ Continued on the attached sheet.

(s) By: Nelson, Charles For: Injured Parties
*Complainant's signature*

"As a National and Tax payer"/Reporter of Crime(s)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____________________

____________________
*Judge's signature*

City and state: ____________________

____________________
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE CRAWFORD, *et al.*** | |
| **Plaintiffs** | |
| **v.** | **CIVIL ACTION NO. 14-04148** |
| **KHALILAH ROBINSON, *et al.*** | |
| **Defendants** | |

**PAPPERT, J.** **AUGUST 12, 2015**

**MEMORANDUM**

In 1998, Lorraine Crawford allegedly obtained full title to a property in Philadelphia by fraudulently inducing two of her siblings to sign a deed and allegedly forging the signatures of two others. (Am. Compl. ¶¶ 30-32, Doc. No. 26.) The siblings whose signatures were allegedly forged are the plaintiffs in this case, along with another sibling whose signature was absent from the deed, even though she had an interest in the property when the deed was executed. (*Id.* ¶ 33.) They initiated this quiet title action to determine the allocation of interests in the property.

As part of this action, they seek a declaration that any mortgages or liens by which Lorraine encumbered the property encumber only that portion of the property to which she had title before the fraudulent transfer. Defendants the Department of Housing and Urban Development ("HUD") and U.S. Bank, National Association ("U.S. Bank") hold mortgages on the property. (*Id.* ¶ 7.) Defendant the United States of America holds a federal tax lien against Lorraine Crawford and her property. (*Id.* ¶ 9.) HUD and the United States collectively, and U.S. Bank individually, move to dismiss the claims against them, arguing both that the Court lacks subject matter jurisdiction over the dispute and that the amended complaint fails to state a claim upon which relief can be granted. The Court denies the motions.

Pa. Law (see pg 9+10) See page(s)

Fraud Deed has No statute a (9+10) Limitation

recorded deed transferring title to the Property solely to Lorraine Crawford so that any subsequent attack on the transfer has no effect on their mortgages.

This argument fails to appreciate the distinction between property transfers that are *void* and those that are merely *voidable*. In all of the cases cited by HUD and U.S. Bank, a deed transferring property was secured by fraud or deceit, and was therefore voidable. Nevertheless, the transferee secured mortgages on the property before the original transaction was rescinded. In such a case, the mortgagee is entitled to rely on the strength of the mortgagor's title — title that is valid at the time the mortgage is secured, even though the transaction giving the transferee/mortgagor title may later be revoked. *See Puharic v. Novy*, 176 A. 233, 235 (Pa. 1934) ("A deed procured by fraud is ordinarily held voidable merely; and title passes to the grantee subject to the grantor's right to defeat it.").

For example, in *Haggerty v. Moyerman*, 184 A. 654 (Pa. 1936), Samuel Moyerman obtained title to two properties through fraudulent misrepresentations. While possessing title to the properties, he obtained mortgages against them. The original transfers were later rescinded based on the fraud. The Pennsylvania Supreme Court, however, concluded that "[a]lthough the levy and sale were a fraud on plaintiff's rights, it does not necessarily follow that plaintiff is entitled to satisfaction of the mortgage held by the defendant association." *Id.* at 656. The mortgagee, who had no notice that title had been obtained by fraud, had relied on Moyerman's title when grating the mortgage. It therefore was entitled to maintain its mortgages on the properties even when the original transfer was voided. *See also, e.g.*, *Kepler v. Kepler*, 199 A. 198, 202 (Pa. 1938) ("An innocent mortgagee for value is not bound by secret liens or equities even though the mortgagor's title was obtained by fraud.").

Here, however, Plaintiffs do not allege that Lorraine Crawford obtained title through fraud. Rather, they allege that their signatures were forged on the deed, making the transfer *void ab initio*. *See In re Tippet*, No. 03-18370, 2014 WL 2495404, at *3 (Bankr. E.D. Pa. Oct. 28, 2004) ("[U]nder Pennsylvania law, a forged deed cannot convey an interest in real property."); *Harris v. Harris*, 239 A.2d 783, 784 (Pa. 1968) ("[A] forged . . . instrument is not binding on any person and is wholly inoperative to transfer any title or right to property whether the holder is an innocent or guilty purchaser."). If Plaintiffs' signatures on the deed were forged, then no transfer of their interests in the Property to Lorraine Crawford ever occurred. It follows that Lorraine Crawford could not subsequently transfer or encumber those interests because she never had them in the first place. Therefore, any mortgage she took out on the Property could encumber only the 13/84th interest that passed to her through her parents' deaths.

The Pennsylvania Supreme Court case of *Thees v. Prudential Ins. Co. of Am. of Newark*, 190 A. 895, 896 (Pa. 1937) is on point. There, a husband and wife owned a property as tenants by the entirety. The wife was approached by her brother, who was in dire financial straits. The brother presented the wife with a deed to transfer the property to him, and the wife signed. The husband's signature and the signature of a notary were later forged. The brother used the forged deed to procure a mortgage on the property. When the husband discovered the forgery some years later, he sued to have the deed and the mortgage canceled.

The trial court cancelled both the deed and the mortgage and the Pennsylvania Supreme Court affirmed. It recognized that the mortgagee was "innocent in the transaction" and "in an unfortunate position." *Id.* It had "advanced money to the holder of record title of real estate, relying upon the apparent accuracy of signatures, acknowledgment, and record . . . ." *Id.* Nevertheless, the mortgagee's equitable rights did not rise higher than the husband's, who was

also an "innocent victim" "in complete ignorance" of the forgery. *Id.* The Court cancelled the deed and mortgage accordingly. *See, also e.g., Warehouse Builders & Supply Inc. v. Perryman*, 257 A.2d 349, 350 (Pa. Super. Ct. 1969) ("[A] forged deed is a void deed even in the hands of an innocent purchaser"); *Flitcraft v. Commw. Title Ins. & Trust Co.*, 60 A. 557, 557 (Pa. 1905) (cancelling mortgage obtained upon forged deed because "the deed was thereby avoided, and could not thereafter be used in any way whatsoever to the prejudice of the complainant."). Because the deed could not pass good title if forged, the Court denies the motions to dismiss on this point.

U.S. Bank further argues that Plaintiffs' claims are barred by the statute of limitations and the doctrine of laches. The Court rejects both arguments. First, under Pennsylvania law, a quiet title action to declare that a mortgage does not encumber a property has no statute of limitations because title to "the property is clouded by the questioned mortgage each day that it remains." *Kean v. Forman*, 752 A.2d 906, 908 (Pa. Super. Ct. 2000). Therefore, U.S. Bank's attempt to impose on Plaintiffs the two-year fraud statute of limitations fails. *See, e.g., id.* (refusing to apply limitations period in Uniform Fraudulent Transfer Act to action to remove cloud on title).

Furthermore, at this stage of the proceedings, the Court cannot bar Plaintiffs' claims under the doctrine of laches unless the allegations on the face of the amended complaint show inexcusable delay and prejudice to the Defendants because of the delay. *Santana Prods., Inc. v. Bobrick Washroom Equip., Inc.*, 401 F.3d 123, 138 (3d Cir. 2005) (listing elements of laches); *Coughlin v. Ryder*, 260 F. Supp. 256, 260 (W.D. Pa. 1966) ("It has long been held that a motion to dismiss under Rule 12 will be sustained where laches can be determined without the necessity for further factual inquiry."). Where, as here, "a plaintiff files suit within the applicable statute of

limitations, the burden is on the defendant to establish laches as an affirmative defense." *Gloster v. Relios, Inc.*, No. 02-cv-7140, 2006 WL 1737800, at *1 (E.D. Pa. June 26, 2006).

U.S. Bank has not met its burden. The allegations in the amended complaint show that Plaintiffs waited nearly 15 years after the allegedly forged deed was recorded before bringing this action. Nevertheless, there are no factual allegations in the amended complaint to allow the Court to determine whether that delay was undue or whether it has prejudiced U.S. Bank. *See, e.g., Advanced Cardiovascular Sys., Inc. v. Scimed Life Sys., Inc.*, 988 F.2d 1157, 1161 (Fed. Cir. 1993) ("The strictures of Rule 12(b)(6), wherein dismissal of the claim is based solely on the complainant's pleading, are not readily applicable to a determination of laches."). The Court accordingly denies U.S. Bank's motion on this point without prejudice for U.S. Bank to reassert the defense at summary judgment if appropriate. *See, e.g., In re Niaspan Antitrust Litig.*, 42 F. Supp. 3d 735, 750 (E.D. Pa. 2014) ("[T]he Court declines to dismiss plaintiffs' Complaints based on laches without prejudice to defendants' right to raise the issue by motion for summary judgment.").

An appropriate order follows.

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.







Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 140900107 |
| **Case Caption:** | WELLS FARGO BANK, N.A. VS NELSON ETAL |
| **Filing Date:** | Friday , August 29th, 2014 |
| **Court:** | MORTGAGE FORECLOSURE |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | RESIDENTIAL OWNER OCCUPIED-MR |
| **Status:** | JUDGMENT-COURT ORDER FINAL DIS |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | DINGERDISSEN, MICHAEL |
| **Address:** | PHELAN HALLINAN LLP<br>1617 JFK BLVD<br>SUITE 1400<br>PHILADELPHIA PA 19103<br>(215)563-7000 | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | WELLS FARGO BANK, N.A. |
| | | | | |







**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

**Case ID:** 110702548
**Case Caption:** NELSON VS WELLS FARGO BANK, N.A. ETAL
**Filing Date:** Tuesday , July 26th, 2011
**Court:** MAJOR JURY-STANDARD
**Location:** City Hall
**Jury:** JURY
**Case Type:** WRONGFUL USE OF CIVIL PROCESS
**Status:** SUMMARY JUDG/DISP MOT GRANTED

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | 23-OCT-2012 | ATTORNEY FOR PLAINTIFF | MACHLES, ARNOLD |
| **Address:** | SUITE 122<br>401 EAST CITY AVENUE<br>BALA CYNWYD PA 19004<br>(610)667-0555 | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | NELSON, CHARLES |
| **Address:** | 823 W. 65TH AVENUE | **Aliases:** | *none* | |

# PRIVATE

**THIS IS NOT A PUBLIC COMMUNICATION**

*LUKE 11:46 AND HE SAID, WOE UNTO YOU ALSO, YE LAWYERS! FOR YE LADE MEN WITH BURDENS GRIEVOUS TO BE BORNE, AND YE YOURSELVES TOUCH NOT THE BURDENS WITH ONE OF YOUR FINGERS*
*LUKE 11:52 WOE UNTO YOU, LAWYERS! FOR YE HAVE TAKEN AWAY THE KEY OF KNOWLEDGE; YE ENTERED NOT IN YOURSELVES, AND THEM THAT WERE ENTERING IN YE HINDERED.*

WE ARE CREATIONS OF OUR CREATOR IN A COVNENANT OF TRUTH, IN GOOD STANDING. HE HAS FORGIVEN OUR DEBTS AS WE FORGIVE OUR DEBTORS. HE LEADS US NOT INTO TEMPTAION AND DELIVERS US FROM EVIL.... WE ARE WITH CLEAN HANDS AND IN GOOD FAITH HONORED BY THE CREATORS TRUST AND BOUND ONLY TO HIS PROMISES.

**GOD'S LAWS COMMANDMENTS**

1. **YOU SHALL HAVE NO OTHER GOD BEFORE ME.**
2. **YOU SHALL NOT MAKE IDOLS.**
3. **YOU SHALL NOT TAKE THE NAME OF THE LORD YOUR GOD IN VAIN.**
4. **REMEMBER THE SABBATH DAY, KEEP IT HOLY**
5. **HONOR YOUR FATHER AND MOTHER.**
6. **YOU SHALL NOT MURDER.**
7. **YOU SHALL NOT COMMIT ADULTERY.**
8. **YOU SHALL NOT STEAL.**
9. **YOU SHALL NOT BEAR FALSE WITNESS AGAINST YOUR NEIGHBOR.**
10. **YOU SHALL NOT COVET.**

**PROVERBS 6:16-19** THERE ARE SIX THINGS THAT THE LORD HATES, SEVEN THAT ARE AN ABOMINATION TO HIM: HAUGHTY EYES, A LYING TONGUE, AND HANDS THAT SHED INNOCENT BLOOD, A HEART THAT DEVISES WICKED PLANS, FEET THAT MAKE HASTE TO RUN TO EVIL, A FALSE WITNESS WHO BREATHES OUT LIES, AND ONE WHO SOWS DISCORD AMONG BROTHERS.

**COLOSSIANS 3:9-10** DO NOT LIE TO ONE ANOTHER, SEEING THAT YOU HAVE PUT OFF THE OLD SELF WITH ITS PRACTICES AND HAVE PUT ON THE NEW SELF, WHICH IS BEING RENEWED IN KNOWLEDGE AFTER THE IMAGE OF ITS CREATOR.

**LEVITICUS 6:2** IF ANYONE SINS AND COMMITS A BREACH OF FAITH AGAINST THE LORD BY DECEIVING HIS NEIGHBOR IN A MATTER OF DEPOSIT OR SECURITY, OR THROUGH ROBBERY, OR IF HE HAS OPPRESSED HIS NEIGHBOR.

**LAMENTATIONS 3:22-25** BECAUSE OF THE LORD'S GREAT LOVE WE ARE NOT CONSUMED, FOR HIS COMPASSIONS NEVER FAIL. THEY ARE NEW EVERY MORNING; GREAT IS YOUR FAITHFULNESS. I SAY TO MYSELF, " THE LORD IS MY PORTION;

*ROMAN 14:13 SO THEN EVERY ONE OF US SHALL GIVE ACCOUNT OF HIMSELF TO GOD.*
*ROMAN 14:13 LET US NOT THEREFORE JUDGE ONE ANOTHER ANYMORE: BUT JUDGE THIS RATHER, THAT NO MAN PUT A STUMBLING BLOCK OR AN OCCASION TO FALL IN (HIS) BROTHER'S WAY.*

# PRIVATE

**THIS IS NOT A PUBLIC COMMUNICATION**

*LUKE 11:46 AND HE SAID, WOE UNTO YOU ALSO, YE LAWYERS! FOR YE LADE MEN WITH BURDENS GRIEVOUS TO BE BORNE, AND YE YOURSELVES TOUCH NOT THE BURDENS WITH ONE OF YOUR FINGERS*
*LUKE 11:52 WOE UNTO YOU, LAWYERS! FOR YE HAVE TAKEN AWAY THE KEY OF KNOWLEDGE; YE ENTERED NOT IN YOURSELVES, AND THEM THAT WERE ENTERING IN YE HINDERED.*

THEREFORE I WILL WAIT FOR HIM." THE LORD IS GOOD TO THOSE WHOSE HOPE IS IN HIM, TO THE ONE WHO SEEKS HIM.

ALLAH, OWNER OF SOVEREIGNTY, YOU GIVE SOVEREIGNTY TO WHOM YOU WILL AND YOU TAKE SOVEREIGNTY AWAY FROM WHOM YOU WILL. YOU HONOR WHOM YOU WILL AND YOU HUMBLE WHOM YOU WILL. IN YOUR HAND IS ALL GOOD. INDEED, YOU ARE OVER ALL THINGS COMPETENT.

**II CORINTHIANS 5:17** THEREFORE, IF ANYONE IS IN CHRIST, HE IS A NEW CREATION; THE OLD HAS GONE, THE NEW HAS COME.

**ONE WHO CHANGES A RULE OF LAW UNDER COVER OF A FICTION AND CHOOSING TO HIDE FROM THE PUBLIC THE FACT HE IS LEGISTATING.... THIS IS DISHONOR AND UNCHARITABLE.**

**LUKE 16:13 NO ONE CAN SERVE TWO MASTERS. EITHER YOU WILL HATE THE ONE AND LOVE THE OTHER, OR YOU WILL BE DEVOTED TO THE ONE AND DESPISE THE OTHER. YOU CANNOT SERVE BOTH GOD AND MONEY.**

**ISAIAH 41:10-13 SO DO NOT FEAR, FOR I AM WITH YOU; DO NOT BE DISMAYED, FOR I AM YOUR GOD. I WILL STRENGTHEN YOU AND HELP YOU; I WILL UPHOLD YOU WITH MY RIGHTEOUS RIGHT HAND. ALL WHO RAGE AGAINST YOU WILL SURELY BE ASHAMED AND DISGRACED; THOSE WHO OPPOSE YOU WILL BE AS NOTHING AND PERISH. THOUGH YOU SEARCH FOR YOUR ENEMIES, YOU WILL NOT FIND THEM. THOSE WHO WAGE WAR AGAINST YOU WILL BE AS NOTHING AT ALL. FOR I AM THE LORD YOUR GOD WHO TAKES HOLD OF YOUR RIGHT HAND AND SAYS TO YOU, DO NOT FEAR, I WILL HELP YOU......**

*ROMAN 14:13 SO THEN EVERY ONE OF US SHALL GIVE ACCOUNT OF HIMSELF TO GOD.*
*ROMAN 14:13 LET US NOT THEREFORE JUDGE ONE ANOTHER ANYMORE: BUT JUDGE THIS RATHER, THAT NO MAN PUT A STUMBLING BLOCK OR AN OCCASION TO FALL IN (HIS) BROTHER'S WAY.*

# PRIVATE

**THIS IS NOT A PUBLIC COMMUNICATION**

*LUKE 11:46 AND HE SAID, WOE UNTO YOU ALSO, YE LAWYERS! FOR YE LADE MEN WITH BURDENS GRIEVOUS TO BE BORNE, AND YE YOURSELVES TOUCH NOT THE BURDENS WITH ONE OF YOUR FINGERS*

*LUKE 11:52 WOE UNTO YOU, LAWYERS! FOR YE HAVE TAKEN AWAY THE KEY OF KNOWLEDGE; YE ENTERED NOT IN YOURSELVES, AND THEM THAT WERE ENTERING IN YE HINDERED.*

*ROMAN 14:13 SO THEN EVERY ONE OF US SHALL GIVE ACCOUNT OF HIMSELF TO GOD.*

*ROMAN 14:13 LET US NOT THEREFORE JUDGE ONE ANOTHER ANYMORE: BUT JUDGE THIS RATHER, THAT NO MAN PUT A STUMBLING BLOCK OR AN OCCASION TO FALL IN (HIS) BROTHER'S WAY.*